UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                           Case No.: _____17-20944_____

Edward Robert Zawistowski             Chapter: _____7_____
Jennifer Zawistowski
                                                 Judge: _____KCF_____

---

### NOTICE OF PROPOSED ABANDONMENT

_____Daniel E. Straffi_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | 402 East State Street<br>Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable _____Kathryn C. Ferguson_____ on ____November 14, 2017____ at __11:00__ a.m. at the United States Bankruptcy Court, Courtroom no. ____2____. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| | |
|---|---|
| Description and value of property: | 40 Bertran Avenue<br>Howell, NJ<br>FMV - +/-$ 313,400.00 |

| | |
|---|---|
| Liens on property: | Citizens Bank - $ 29,296.23<br>Quicken Loans - $ 258,344.91<br>Total - $ 287,641.14<br><br>Plus 10% Estimated Costs of Sale |

| | |
|---|---|
| Amount of equity claimed as exempt: | $ -0- |

Objections must be served on, and requests for additional information directed to:

Name: _____Daniel E. Straffi, Esq._____

Address: _____670 Commons Way Toms River, NJ 08755_____

Telephone No.: _____732-341-3800_____

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 17-20944-KCF
Edward Robert Zawistowski                                                                  Chapter 7
Jennifer Zawistowski
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Oct 05, 2017
                             Form ID: pdf905       Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2017.
db/jdb         +Edward Robert Zawistowski,   Jennifer Zawistowski,   40 Bertan Avenue,   Howell, NJ 07731-2002
516852107      +American Express,   200 Vesey Street,   New York, NY 10285-0002
516852108      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank of America,   P.O. Box 982235,   El Paso, TX 79998)
516852109      +BJ's,   Comenity Bank,   Bankruptcy Dept,   P.O. Box 183043,   Columbus, OH 43218-3043
516852110      +Chase Bank/Bankruptcy,   Attn. Correspondence Mail,   Mail Code LA4-5555,   700 Kansas Lane,
                Monroe, LA 71203-4774
516852114      +Home Projects Visa,   P.O. Box 1475,   Des Moines, IA 50305-1475
516852116      +Mullooly, Jeffrey, Rooney & Flynn,   6851 Jericho Turnpike,   P.O. Box 9036,
                Syosset, NY 11791-9036
516852118      +Target,   Bankruptcy Dept,   P.O. Box 1327,   Minneapolis, MN 55440-1327
516852111      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                (address filed with court: Citizens Bank,   P.O. Box 18204,   Bridgeport, CT 06601)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 05 2017 22:55:03     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 05 2017 22:54:59     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516852112       E-mail/Text: mrdiscen@discover.com Oct 05 2017 22:54:16     Discover,   PO Box 30943,
                Salt Lake City, UT 84130
516852113      +E-mail/Text: fggbanko@fgny.com Oct 05 2017 22:54:20     Forster, Garbus & Garbus,
                7 Banta Place,   Hackensack, NJ 07601-5604
516852115      +E-mail/Text: bnckohlnotices@becket-lee.com Oct 05 2017 22:54:22     Kohl's*,   P.O. Box 3043,
                Milwaukee, WI 53201-3043
516852117      +E-mail/Text: bankruptcyteam@quickenloans.com Oct 05 2017 22:55:24     Quicken Loans,
                1050 Woodward Avenue,   Detroit, MI 48226-1906
516852724      +E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2017 22:56:50     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
516852119      +E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2017 22:56:31     Walmart,   Synchrony Bank,
                P.O. Box 965024,   Orlando, FL 32896-5024
                                                                                          TOTAL: 8


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516852120      ##+Wells Fargo Financial,   P.O. Box 10475,   Des Moines, IA 50306-0475
                                                                             TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                               Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2017 at the address(es) listed below:
              Alexandra T. Garcia   on behalf of Creditor   CITIZENS BANK NA f/k/a RBS CITIZENS NA
              NJECFMAIL@mwc-law.com
              Daniel E Straffi   on behalf of Trustee Daniel E Straffi dstraffi@comcast.net,
              dstraffi@ecf.epiqsystems.com

District/off: 0312-3          User: admin               Page 2 of 2            Date Rcvd: Oct 05, 2017
                             Form ID: pdf905            Total Noticed: 17

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Daniel E Straffi     dstraffi1@comcast.net,   dstraffi@ecf.epiqsystems.com
            Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Steven J. Abelson    on behalf of Debtor Edward Robert Zawistowski sjaesq@atrbklaw.com,
             atrbkl@gmail.com;r49787@notify.bestcase.com
            Steven J. Abelson    on behalf of Joint Debtor Jennifer  Zawistowski sjaesq@atrbklaw.com,
             atrbkl@gmail.com;r49787@notify.bestcase.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                      TOTAL: 7