UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                        : Case no.:        17-20944
                                              :
Edward Robert Zawistowski                     : Chapter:         7
Jennifer Zawistowski                          :
                                              : Judge:           Ferguson
                    Debtor(s)                 :
                                              :

# CERTIFICATION OF NO OBJECTION

I ____Gary A. Nau____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒ Abandonment

☐ Public Sale

☐ Private Sale

☐ Settlement of Controversy

☐ Auctioneer Compensation

Description of Property (if applicable):
40 Bertran Avenue, Howell NJ.

JEANNE A. NAUGHTON, Clerk

Date: 11/9/2017                By: Gary A. Nau

*rev.2/10/17*