Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 17–20944–KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Edward Robert Zawistowski                 Jennifer Zawistowski
40 Bertan Avenue                          40 Bertan Avenue
Howell, NJ 07731                          Howell, NJ 07731

Social Security No.:
  xxx–xx–3508                             xxx–xx–3856

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Daniel E Straffi is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 9, 2017</u>          <u>Kathryn C. Ferguson</u>
                                        Judge, United States Bankruptcy Court